# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SHANNON HAMNER, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 7:18-cv-01838-LSC |
| ) | |
| TUSCALOOSA COUNTY ) | |
| SCHOOL SYSTEM, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, TCSS's Motion for Summary Judgment (doc. 84) is GRANTED as to Counts IV and V and DENIED as to Counts I, III, and VI. The Individual Defendants' Motion for Summary Judgment (doc. 86) is GRANTED as to Count I and TERMINATED AS MOOT as to Count VII. Count VII is DISMISSED WITHOUT PREJUDICE. TCSS's Motion for Reconsideration (doc. 90) is DENIED. Defendants' Motions to Strike Plaintiff's Response Briefs (docs. 98 & 101) are TERMINATED AS MOOT. Defendants' Motions to Strike Plaintiff's Response Briefs (docs. 114 & 119) are TERMINATED AS MOOT IN PART and DENIED IN PART. TCSS's Motion to Deem Statements of Facts Admitted (doc. 115) is DENIED. Defendants' Motions to Strike Evidentiary Material (docs. 96, 97,

& 103) are TERMINATED AS MOOT. Defendants' Motions to Strike Evidentiary Material (docs. 102, 117, 118, & 120) are TERMINATED AS MOOT IN PART and DENIED IN PART.

    **DONE** and **ORDERED** on February 17, 2021.

                                                        L. Scott Coogler  
                                         United States District Judge  
                                                                            202892