IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **SHANNON HAMNER,** | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) **CASE NO. CV-2018-01838-LSC** |
| **TUSCALOOSA COUNTY SCHOOL SYSTEM, WALTER DAVIE, ALLISON MAYS and CLIFTON ("CRAIG") HENSON,** | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and defendant Tuscaloosa County School System ("TCSS") stipulate this action is hereby dismissed on the following terms and conditions: (1) as to Plaintiff's claims against TCSS, with prejudice and with each party to bear its own costs, expenses and attorney's fees; and (ii) as to all individual Defendants, who were previously dismissed via the Court granting summary judgment in their favor, without prejudice and with Plaintiff reserving and preserving her right to appeal said summary judgment and to pursue her claims against the former individual Defendants to the extent she prevails against them on appeal..

Respectfully submitted this 15th day of July, 2021.

/s/ Barry V. Frederick
Barry V. Frederick (FRE017)
The Frederick Firm
5409 Trace Ridge Lane
Birmingham, Alabama 35244
Telephone: (205) 739-0043
Facsimile: (205) 739-0044
Email: barry@frederickfirm.net

/s/ Ray Ward
Ray Ward (WAR012)
Thomas W. Powe, Jr. (POW030)
RAYMOND E. WARD, LLC
2216 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 345-5564
Facsimile: (205) 345-5582
Emails: rayward@raywardlaw.com
          kippowe@raywardlaw.com